1   McGREGOR W. SCOTT
    United States Attorney
2   ELLEN V. ENDRIZZI
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone (916) 554-2716



**FILED**

JUN 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

5

6

7                   UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9   IN RE SEARCH OF              ) No. 2:07-sw-00169 GGH
    HEWLETT PACKARD LAPTOP       )
10  COMPUTER SEIZED FROM         ) **APPLICATION TO UNSEAL SEARCH WARRANT**
    11058 FABER WAY              ) **AND [proposed] ORDER**
11  RANCHO CORDOVA,              )
    CALIFORNIA                   )
12                               )
                                 )
13  _____    )

14        On June 4, 2007, this Court issued the above-captioned search

15  warrant and sealed it until further order of the Court.  Recently,

16  the defendant in control of this computer was indicted by a federal

17  grand jury, case number 2:07-cr-00266 FCD.  The United States now

18  respectfully requests that the above-captioned file be unsealed so

19  that its contents may be revealed in discovery.

20  Dated: June 19, 2007

21                              Respectfully submitted,

22                              McGREGOR W. SCOTT
                                United States Attorney
23

24                      By:     ELLEN V. ENDRIZZI
                                Assistant U.S. Attorney
25

26

27

28

                                 1

1

**O R D E R**

2      Upon application of the United States of America and good cause

3 having been shown,

4      IT IS HEREBY ORDERED that the United States' Application to

5 Unseal Search Warrant, filed in case number 2:07-sw-00169 GGH, is

6 GRANTED.

7

8 DATED: June ___20___, 2007

9                          **GREGORY G. HOLLOWS**

10                    HONORABLE GREGORY G. HOLLOWS
                      United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2